IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLOCK CLUB CHICAGO,**<br>333 N. Michigan Ave.<br>Suite 1000<br>Chicago, IL 60601<br><br>  **Plaintiff,**<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>Office of the General Counsel<br>2707 Martin Luther King Jr. Ave SE, MS0485<br>Washington, D.C. 20528<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,**<br>Office of the Principal Legal Advisor<br>500 12th Street, SW, Mailstop 5900<br>Washington, DC 20536<br><br>  **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff BLOCK CLUB CHICAGO brings this suit to force Defendants DEPARTMENT OF HOMELAND SECURITY and IMMIGRATION AND CUSTOMS ENFORCEMENT to conduct a reasonable search, issue a determination, and produce records regarding arrests and detentions in the Chicago region from a ten-day time frame.

## PARTIES

2. Plaintiff BLOCK CLUB CHICAGO is an independent, nonprofit newsroom that provides essential coverage across the city's diverse neighborhoods. BLOCK CLUB CHICAGO made the request at issue in this case.

3. Defendant DEPARTMENT OF HOMELAND SECURITY is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant IMMIGRATION AND CUSTOMS ENFORCEMENT is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## JANUARY 30, 2025 FOIA REQUEST TO ICE

7. On January 30, 2025, BLOCK CLUB CHICAGO submitted a FOIA request to ICE for the following records:

> Arrest reports or other records sufficient to show all of the arrests and detentions involving ICE personnel from January 21, 2025 through January 30, 2025, in Chicago and/or the Chicago region.
>
> For each arrest, please provide the name and age of the arrestee or detainee; the arrest or detention case number; the date of the action; the address of the action; and the current status of the arrest or case.

8. A true and correct copy of the original FOIA request is attached as Exhibit 1.

9. On February 5, 2025, ICE confirmed receipt of the FOIA request.

10. A true and correct copy of the correspondence is included in Exhibit 2.

11. On February 5, 2025, ICE asked Plaintiff to confirm if a spreadsheet or list was acceptable. *Id*.

12. On February 5, 2025, Plaintiff confirmed that it would accept a spreadsheet or list in response to the FOIA request. *Id*.

13. On February 11, 2025, Plaintiff sent a follow-up message to ICE inquiring about the status of the request.

14. A true and correct copy of the correspondence is included in Exhibit 3.

15. On February 21, 2025, Plaintiff sent a follow-up message to ICE inquiring about the status of the request. *Id*.

16. On February 24, 2025, ICE stated that it "may encounter some delay in processing [the] request" and "will invoke a 10-day extension for [the] request."

17. A true and correct copy of the correspondence is attached as Exhibit 4.

18. On March 11, 2025, Plaintiff sent a follow-up message to ICE inquiring about the status of the request. Ex. 3.

19. On March 18, 2025, Plaintiff sent a follow-up message to ICE inquiring about the status of the request and asking for an estimated date of completion. *Id*.

20. On March 25, 2025, Plaintiff sent a follow-up message to ICE inquiring about the status of the request. *Id*.

21. ICE did not send any further correspondence to Plaintiff regarding this request.

22. As of the date of this filing, ICE has not issued a determination on Plaintiff's request.

23. As of the date of this filing, ICE has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – ICE'S FOIA VIOLATION

24. The above paragraphs are incorporated by reference.

25. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

26. Defendant ICE is a federal agency subject to FOIA.

27. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

28. Defendant ICE has failed to conduct a reasonable search for records responsive to the request.

29. Defendant ICE has failed to issue a determination within the statutory deadline.

30. Defendant ICE has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: May 1, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
BLOCK CLUB CHICAGO

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com