

# SecureRelease™ Portal

**Request Number:** 2025-ICFO-17171

## Details of Request
(Read only details of request)

[CANCEL]

| | |
|---|---|
| **Request Description:** | Under the FOIA, please arrest reports or other records sufficient to show all of the arrests and detentions involving ICE personnel from Jan. 21, 2025, through Jan. 30, 2025, in Chicago and/or the Chicago region. For each arrest, please provide the name and age of the arrestee or detainee; the arrest or detention case number; the date of the action; the address of the action; and the current status of the arrest or case. |
| **Agency:** | Department of Homeland Security |
| **Component:** | U.S. Immigration & Customs Enforcement |
| **Processing Track:** | Simple |
| **Request Type:** | FOIA |
| **Fee Waiver Requested?:** | Pending Decision |
| **Reason for Fee Waiver:** | This request is part of ongoing coverage of immigration and criminal enforcement in the Chicago area by Block Club Chicago, a nonprofit, nonpartisan news organization. As this is a subject of considerable public interest and safety concerns, I ask that you waive any associated fees. |
| **Expedited Processing?:** | Pending Decision |
| **Reason for Expedited Processing:** | Again, this request is part of ongoing coverage of immigration and criminal enforcement in the Chicago area by Block Club Chicago, a nonprofit, nonpartisan news organization. In addition to being a matter of |



**Submitted Date:** 01/30/2025

**Request Status:** Searching for Records

**Identity Verification Status:** Not Requested by Agency

considerable public interest and concern, it is a fast-moving issue, as federal agencies are working quickly to carry out their missions. Given the heightened interest and time sensitivity, I ask that you provide the records in an expedited manner. Thank you.

**Files uploaded by user**

A maximum of 1 file, not exceeding 20 MB in size, can be attached.

Search

| File Name | Attachment Type |
|---|---|
| No attachments to display | |

5 rows   |<   <   0-0 of 0   >   >|

SUPPORT   LICENSES   PRIVACY NOTICE   COOKIE NOTICE   COOKIE SETTINGS

GOVERNMENT SYSTEM NOTICE

© 2025 Powered by Deloitte

**Exhibit 2**

## Automatic reply: ICE FOIA 2025-ICFO-17171 Clarification Request

**ICE-FOIA** <ice-foia@ice.dhs.gov>  Wed, Feb 5, 2025 at 11:32 AM
To: Mick Dumke <mick@blockclubchi.org>

**THIS IS AN AUTOMATED MESSAGE. DO NOT REPLY.**

Effective November 1, 2023, the ICE FOIA office will no longer accept FOIA requests sent by email to ice-foia@ice.dhs.gov. This mailbox will be used by ICE FOIA to respond to **questions** about the ICE Freedom of Information Act (FOIA) program. If you submitted a question, we will respond to your inquiry as soon as possible. This mailbox may not be used to submit new requests for records under the FOIA. **Requests for records submitted to this mailbox will not be processed.**

Consistent with 6 CFR Appendix A to Part 5, requests for records should be submitted electronically through the SecureRelease Portal: *https://www.securerelease.us/*. The SecureRelease Portal allows requesters to submit their requests, track the status of their requests, and receive responsive documents. When submitting a request to ICE through the SecureRelease Portal, please follow the instructions and ensure any necessary documentation is included with your request. While ICE FOIA will still accept mailed in requests, we strongly encourage you to submit your request electronically through the SecureRelease Portal so we can respond to your request as quickly as possible.

Visit the ICE FOIA website (https://www.ice.gov/foia) for more information about ICE FOIA. To view proactive ICE disclosures, such as, statistics, inspection reports, contracts, and other frequently requested documents, visit the ICE FOIA Library (https://www.ice.gov/foia/library).

**THIS IS AN AUTOMATED MESSAGE. DO NOT REPLY.**

## ICE FOIA 2025-ICFO-17171 Clarification Request

**Mick Dumke** <mick@blockclubchi.org>  
To: "ice-foia@ice.dhs.gov" <ice-foia@ice.dhs.gov>

Wed, Feb 5, 2025 at 11:32 AM

Hello and thank you for your response.

Yes, I will accept a spreadsheet or list in response to this request.

I appreciate you reaching out.

Mick Dumke

On Wednesday, February 5, 2025, ice-foia@ice.dhs.gov <noreply@securerelease.us> wrote:
>
>
>
> 02/05/2025
>
> Mick Dumke
> 333 N Michigan Ave
> Chicago, Illinois 60601
>
> RE: ICE FOIA Case Number 2025-ICFO-17171
>
> Dear Requester:
>
> This e-mail is in regards to your 1/30/2025 ICE FOIA request for Records related to all arrest reports or other records sufficient to show all of the arrests and detentions involving ICE personnel from Jan. 21, 2025, through Jan. 30, 2025, in Chicago and/or the Chicago region. For each arrest, please provide the name and age of the arrestee or detainee; the arrest or detention case number; the date of the action; the address of the action; and the current status of the arrest or case.
>
> In conducting a search for responsive records, the ICE FOIA office has determined that further clarification is needed regarding your request.
>
> Due to the burdensome nature of your request, all potential data will be within a spreadsheet or list; no actual documents will be provided. Please advise if you will accept a spreadsheet or list. You may also revise your request if desired.
>
> Please provide the ICE FOIA office with a response as soon as possible to avoid any further delay in the processing of your request. If a response is not received within 30 days, your request will be administratively closed.
>
> Sincerely,
>
> ICE FOIA Office
> Immigration and Customs Enforcement
> Freedom of Information Act Office
> 500 12th Street, S.W., Stop 5009
> Washington, D.C. 20536-5009
>

--

Exhibit 3



-----------------------------------

Topic : Clarification of Request
Subject : Spreadsheet or list OK
Message :On February 5, 2025, I received an email regarding request 2025-ICFO-17171. It said: "In conducting a search for responsive records, the ICE FOIA office has determined that further clarification is needed regarding your request. Due to the burdensome nature of your request, all potential data will be within a spreadsheet or list; no actual documents will be provided. Please advise if you will accept a spreadsheet or list."

I am writing now to confirm that YES, I will accept a spreadsheet or list in response to this request.

Thank you.



**2025-ICFO-17171 - Spreadsheet or list OK**　　　　　02/05/2025, 3:55:54 pm

On February 5, 2025, I received an email regarding request 2025-ICFO-1717   Clarification of Request
conducting ...

 

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE

COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2025 Powered by  Deloitte

Case 1:25-cv-01335    Document 1-1    Filed 05/01/25    Page 8 of 17

Thank you.

**2025-ICFO-17171 - RE: Spreadsheet or list OK**
Good afternoon. I'm writing to check on the status of this request. Thank yo...
02/11/2025, 2:58:15 pm
Clarification of Request

**2025-ICFO-17171 - Spreadsheet or list OK**
On February 5, 2025, I received an email regarding request 2025-ICFO-1717... conducting ...
02/05/2025, 3:55:54 pm
Clarification of Request

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE

COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2025 Powered by Deloitte






















# ICE FOIA 2025-ICFO-17171

ice-foia@ice.dhs.gov <noreply@securerelease.us>  
Reply-To: ice-foia@ice.dhs.gov  
To: mick@blockclubchi.org

Mon, Feb 24, 2025 at 2:37 PM

02/24/2025

Mick Dumke  
333 N Michigan Ave  
Chicago, Illinois 60601

RE:  ICE FOIA Case Number 2025-ICFO-17171

Dear Requester:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated 1/30/2025, your request for a waiver of all assessable FOIA fees, and your request for expedited treatment. Your request was received in this office on 1/30/2025. Specifically, you have requested all arrest reports or other records sufficient to show all of the arrests and detentions involving ICE personnel from Jan. 21, 2025, through Jan. 30, 2025, in Chicago and/or the Chicago region. For each arrest, please provide the name and age of the arrestee or detainee; the arrest or detention case number; the date of the action; the address of the action; and the current status of the arrest or case.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office. Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely manner.

ICE evaluates fee waiver requests under the legal standard set forth above and the fee waiver policy guidance issued by the Department of Justice on April 2, 1987, as incorporated into the Department of Homeland Security's Freedom of Information Act regulations.  These regulations set forth six factors to examine in determining whether the applicable legal standard for fee waiver has been met.  I have considered the following factors in my evaluation of your request for a fee waiver:

  (1) Whether the subject of the requested records concerns "the operations or activities of the government";  
  (2) Whether the disclosure is "likely to contribute" to an understanding of government operations or activities;  
  (3) Whether disclosure of the requested information will contribute to the understanding of the public at large, as opposed to the individual understanding of the requestor or a narrow segment of interested persons;  
  (4) Whether the contribution to public understanding of government operations or activities will be "significant";  
  (5) Whether the requester has a commercial interest that would be furthered by the requested disclosure; and  
  (6) Whether the magnitude of any identified commercial interest to the requestor is sufficiently large in comparison with the public interest in disclosure, that disclosure is primarily in the commercial interest of the

requestor.

Upon review of your request and a careful consideration of the factors listed above, I have determined to grant your request for a fee waiver.

Your request for expedited treatment is hereby denied.

Under the DHS FOIA regulations, expedited processing of a FOIA request is warranted if the request involves "circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual," 6 C.F.R. § 5.5(e)(1)(i), or "an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information," 6 C.F.R. § 5.5(e)(l)(ii).  Requesters seeking expedited processing must submit a statement explaining in detail the basis for the request, and that statement must be certified by the requester to be true and correct.  6 C.F.R. § 5.5(e)(3).

Your request for expedited processing is denied because you do not qualify for either category under 6 C.F.R. § 5.5(e)(1).  You failed to demonstrate a particular urgency to inform the public about the government activity involved in the request beyond the public's right to know about government activity generally.  Your letter was conclusory in nature and did not present any facts to justify a grant of expedited processing under the applicable standards.

If you deem the decision to deny expedited treatment of your request an adverse determination, you have the right to appeal.  Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.5(e)(2). You may submit your appeal electronically at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> U.S. Department of Homeland Security
> 500 12th Street,, S.W., Mail Stop 5900
> Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

ICE has queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

If you have any questions please contact FOIA Public Liaison Daniel Edgington, at (866) 633-1182 or 500 12th St, SW Stop 5009 Washington, DC 20536-5009. Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Your request has been assigned reference number 2025-ICFO-17171. Please use this number in future correspondence.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009