UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOCK CLUB CHICAGO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 25-1335 (TSC) |

**CONSENT MOTION TO RESET BRIEFING SCHEDULE**

Defendants, by and through undersigned counsel, respectfully request that the Court enter the following briefing schedule in this Freedom of Information Act ("FOIA") case. Pursuant to Local Civil Rule 7(m), the undersigned conferred with counsel for Plaintiff, who graciously consents to the relief requested herein.

Plaintiff submitted a FOIA request to the U.S. Immigration and Customs Enforcement ("ICE") on January 30, 2025, seeking "arrest reports or other records sufficient to show all of the arrests and detentions involving ICE personnel from January 21, 2025 through January 30, 2025, in Chicago and/or the Chicago region." ECF No. 1 at 2. On September 30, 2025, the parties submitted a joint status report with a proposed briefing schedule and advised the Court that the parties believe that this matter is ripe for briefing. As the Court is no doubt aware, the next day there was a lapse in appropriations which resulted in a government shutdown. Undersigned counsel for Defendants was furloughed until November 13, 2025, and was unable to work on this case for those forty-three days. Accordingly, with Plaintiff's consent, Defendants respectfully request that the Court enter the following briefing schedule for summary judgment motions:

| Events | Proposed Deadlines |
|---|---|
| Defendants' Motion for Summary Judgment | December 22, 2025 |
| Plaintiff's Opposition/Cross-Motion | January 21, 2026 |
| Defendants' Reply/Opposition to Cross-Motion for Summary Judgment | February 20, 2026 |
| Plaintiff's Reply | March 6, 2026 |

Dated: November 14, 2025                Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Kaitlin K. Eckrote*
    KAITLIN K. ECKROTE, D.C. Bar #1670899
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20530
    (202) 252-2485

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOCK CHICAGO,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Civil Action No. 25-1335 (TSC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion, it is hereby

ORDERED that the parties shall brief summary judgment pursuant to the following schedule:

| Events | Proposed Deadlines |
|---|---|
| Defendants' Motion for Summary Judgment | December 22, 2025 |
| Plaintiff's Opposition/Cross-Motion | January 21, 2026 |
| Defendants' Reply/Opposition to Cross-Motion for Summary Judgment | February 20, 2026 |
| Plaintiff's Reply | March 6, 2026 |

SO ORDERED:

_____          _____
Dated                                                                        United States District Judge