UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOCK CLUB CHICAGO,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 25-cv-1335 (TSC) |

### DECLARATION OF MICK DUMKE

1. My name is Mick Dumke.

2. I am over the age of 18 and competent to provide this declaration.

3. The following statements are made on my personal and professional knowledge and, if sworn as a witness, I can testify competently thereto.

4. I am the senior editor of investigations at Block Club Chicago, a nonprofit news organization dedicated to delivering reliable, nonpartisan, and essential coverage of Chicago's diverse neighborhoods.

5. Before joining Block Club, I was a reporter for ProPublica, where I investigated neighborhood disinvestment and corruption at Chicago City Hall. Prior to that, I spent two years on the Watchdogs team at the Chicago Sun-Times, where my reporting examined gun policies, the war on drugs and the dismantling of public housing. I have also worked as an editor and writer for the Chicago Reader and the Chicago Reporter.

6. On January 30, 2025, Block Club made a FOIA request to ICE for records

concerning arrest and detentions made in Chicago-area raids in the days before. Block Club brought this suit on May 1, 2025, at which point ICE had not issued a determination on its request.

7.    After the lawsuit was filed, ICE produced two spreadsheets in response to our request. The spreadsheets include various columns such as the "Date," "Time," and arrestee/detainee "Birth Year." However, ICE has redacted the arrestee/detainee name, Case ID, and in many instances the location of the apprehension.

8.    The information ICE has redacted has hindered the ability of Block Club and others to fully understand, investigate, and report on ICE's operations, as well as to evaluate the public statements DHS has made regarding ICE's conduct. In the paragraphs below, I will provide some examples to illustrate why this is the case.

9.    Our reporters at Block Club—like most journalists—rely in large part on interviews with the affected people. Redacting the names of those people frustrates our ability to contact and interview them. ICE detainees often lack the resources or wherewithal to seek out reporters or attorneys on their own to have their stories investigated and told. Block Club intends to tell those stories to raise additional public awareness of ICE's operations and detention conditions.

10.    A threshold issue is ICE's policy, which Block Club journalists have experienced, of refusing to speak to journalists about particular detainees unless the journalist identifies them first.

11.    In some cases, we can ascertain the names of individuals through interviews or other investigation. However, we are currently unable to link those individuals to the rows in ICE's spreadsheets of aggregate data because ICE redacts those names. The same is

true for the arrest locations, where eye-witness accounts and video have identified a particular housing complex, but the redaction of the location in ICE's spreadsheet precludes linking that data to the incident.  I provide some specific examples of these difficulties below.

12. Block Club has also attempted to report on DHS's statements about ICE's raids in Chicago, including the nature of individuals targeted.  DHS has taken the position that this Chicago raid targeted non-citizen individuals guilty of violent crimes and other criminal offenses such that they pose a danger to their community.  But without identifying information such as names, our investigation into the truth of those statements has been hindered.

13. ICE's operations in Chicago have included sting operations in which immigrants are lured in under false pretenses.  For example, on June 4, 2025, at least ten non-citizen immigrants, and perhaps dozens more, reported for pre-arranged check-ins with immigration authorities at the South Loop office of a federal contractor.  But instead of conducting interviews, federal agents arrested and detained them, according to witness accounts and on-the-scene reporting by Block Club journalists (https://blockclubchicago.org/2025/06/04/ice-mass-arrest-sparks-chaos-in-south-loop-as-activists-fight-to-disrupt-operation/).  We then spent months trying to find out exactly how many people were detained there and what happened to them afterward.  ICE spokespeople would not tell us, and available ICE data did not provide enough information because it lacks both arrest locations and names.  The people were easily detained because, in appearing for their mandated check-ins, they had attempted to follow the rules imposed on them by authorities.  It did not matter.  Through attorneys and community advocates, we

learned that many were deported within weeks of the roundup. But we were unable to report on the full scale of the sting operation because ICE has so far refused to provide records that include names or any other identifying information that would allow us to track people in the detention and deportation system.

14. ICE's operations in Chicago have also included raids of large-scale apartment complexes. For example, on September 30, 2025, dozens of federal agents who arrived in rented moving trucks and a Blackhawk helicopter raided a South Shore apartment building, describing it as a hotbed of Venezuelan gang members (https://blockclubchicago.org/2025/09/30/armed-agents-in-unmarked-vans-target-south-shore-apartment-building/). The raid made national news, with DHS officials saying agents had arrested 37 people. But no criminal charges were filed, no clear ties to gang activity were revealed, and federal authorities have so far refused to release reports or other records tied to the incident. Block Club has reported extensively on the history of the building and the aftermath of the raid (https://blockclubchicago.org/2025/12/12/residents-move-out-of-raided-south-shore-building-as-court-ordered-deadline-arrives-friday/). But, once again, identifying precisely who was arrested and what happened to them afterward has been thwarted by ICE's redaction of arrest locations and personally identifying information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2026.

Mick Dumke